RECEIVED & FILED
CLERK'S OFFICE
MAR 30 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>CARLOS ESTEVES-SALINAS<br>Defendant. | INDICTMENT  26-CR-113(RAM)<br><br>VIOLATIONS:<br>18 U.S.C. § 205(a)(2)<br>18 U.S.C. § 216(a)(2)<br>18 U.S.C. § 1519<br>18 U.S.C. § 1028A<br><br>(THIRTY-SIX COUNTS) |

THE GRAND JURY CHARGES:

INTRODUCTION

At all times relevant to this Indictment:

GENERAL ALLEGATIONS

1. Defendant CARLOS ESTEVES-SALINAS was a Marine Inspector Senior Verifying Officer with the United States Coast Guard Sector San Juan. He was primarily responsible to Implement the Marine Inspector Qualification Program. His duties included but were not limited to: instructing trainees on vessel hull and machinery systems, conducting inspections of vessels to ensure compliance, developing and maintaining written protocols for the Marine Inspector Qualification Program, and facilitating training.

2. CARLOS ESTEVES-SALINAS' position with the United States Coast Guard did not include the processing or issuance of Merchant Mariner Credentials.

3. A Merchant Mariner is a professional civilian sailor who works aboard commercial vessels, such as cargo ships, tankers, and ferries, that transport goods and people throughout the world.

4. The United States Coast Guard, through its National Maritime Center, holds sole authority to issue Merchant Mariner Credentials which verify mariners' qualifications, ensuring safety and security in ports by confirming identity, fitness, and training.

5. The Merchant Mariner Credential application process involves identifying desired endorsements, obtaining a Transportation Worker Identification Credential and Medical Certificate, completing forms, passing drug tests, and proving citizenship and experience, then submitting all documents via a centralized email.

6. Beginning at an unknown time prior to November 17, 2024, CARLOS ESTEVES-SALINAS, without the consent of the United States Coast Guard and in his personal capacity, began operating a private business as a "gestoría," offering paying customers a professional service to handle administrative procedures and paperwork before the United States Coast Guard.

7. Specifically, CARLOS ESTEVES-SALINAS, accepted payment from hopeful Merchant Mariner Credential applicants for his assistance in obtaining, completing, and submitting Merchant Mariner Credential applications.

8. Federal employees are generally prohibited from acting as an agent for someone else before a federal department, agency, or court in connection with a "particular matter" in which the United States has a direct and substantial interest.

This typically includes preparing and submitting a federally regulated certification application, such as the Merchant Marine Credential application, on behalf of another person or entity.

9. As CARLOS ESTEVES-SALINAS wrote in a text message on January 20, 2025, "We offer a complete license processing service, including all necessary documents: application, medical exam, doping test, time on board, TWIC (Tourist Water Certificate), and if you need to convert your vessel for 6 passengers or bareboat status."

10. CARLOS ESTEVES-SALINAS used his position with the Coast Guard to offer his clients an advantage in the Merchant Mariner Credential application process. Telling one client on January 24, 2025, "… I will look into your license details and will let you know[.]"

11. Additionally, on at least twelve occasions, CARLOS ESTEVES-SALINAS, without the knowledge or consent of Dr. J.R.V., a licensed physician in Puerto Rico, used a counterfeit physician's stamp and forged signature of Dr. J.R.V. to complete required Medical Certificates (CG-719K) on behalf of his clients as part of the Merchant Mariner Credential application process. In using the counterfeit physician's stamp and forged signature of Dr. J.R.V., CARLOS ESTEVES-SALINAS falsely certified to the Coast Guard that his client had passed physical, vision, and hearing exams before a qualifying medical professional, namely Dr. J.R.V.

## COUNTS ONE THROUGH TWELVE
### Activities of officers and employees in claims against and other matters affecting the Government
(18 U.S.C. §§ 205(a)(2) and 216(a)(2))

12. The General Allegations of this Indictment are realleged and incorporated herein.

13. On or about the dates specified below, in the District of Puerto Rico, and within the jurisdiction of this Court,

### CARLOS ESTEVES-SALINAS,

the defendant herein, while an employee of the United States Coast Guard, an agency of the United States, and not in the proper discharge of his official duties, did knowingly and willfully act as an agent for the represented individual specified below, before the United States Coast Guard, in connection that person's Merchant Mariner Credential Application, in which the United States has a direct and substantial interest. With each representation constituting a separate and distinct violation and count as detailed below.

| COUNT | REPRESENTED INDIVIDUAL | APPROXIMATE DATES |
|---|---|---|
| 1 | Represented Individual 1 (J.C.M.) | December 17, 2024- May 6, 2025 |
| 2 | Represented Individual 2 (K.J.M.) | January 24, 2025- March 3, 2025 |
| 3 | Represented Individual 3 (R.P.R.) | February 5, 2025- March 28, 2025 |
| 4 | Represented Individual 4 (J.D.D.) | January 1, 2025- April 5, 2025 |
| 5 | Represented Individual 5 (D.L.R.) | January 15, 2025- April 21, 2025 |

| COUNT | REPRESENTED INDIVIDUAL | APPROXIMATE DATES |
|:---:|:---|:---|
| 6 | Represented Individual 6 (F.V.A.) | February 6, 2025- April 29, 2025 |
| 7 | Represented Individual 7 (A.Q.) | January 23, 2025- May 11, 2025 |
| 8 | Represented Individual 8 (C.O.P.) | May 28, 2025- June 25, 2025 |
| 9 | Represented Individual 9 (G.M.G.) | January 22, 2025- May 17, 2025 |
| 10 | Represented Individual 10 (L.S.A.) | May 20, 2025- May 29, 2025 |
| 11 | Represented Individual 11 (A.B.G.) | February 26, 2025- June 1, 2025 |
| 12 | Represented Individual 12 (A.R.T) | May 30, 2025- June 3, 2025 |

All in violation of Title 18, *United States Code*, Sections 205(a)(2) and 216(a)(2).

<u>COUNTS THIRTEEN THROUGH TWENTY-FOUR</u>
Destruction, Alteration, or Falsification of Records in Federal Investigations and Bankruptcy
(18 U.S.C. § 1519)

14. The General Allegations of this Indictment are realleged and incorporated herein.

15. On or about the dates specified below, in the District of Puerto Rico, and within the jurisdiction of this Court,

CARLOS ESTEVES-SALINAS

the defendant herein, did knowingly falsify the Medical Certificates (CG-719K) of the represented individual specified below, which are records, with the intent to impede, obstruct, and influence the proper administration of the issuance of Merchant Mariner Credentials, a matter that the defendant knew was within the jurisdiction of the United

States Coast Guard, a department and agency of the United States. With each falsification constituting a separate and distinct violation and count as detailed below.

| COUNT | REPRESENTED INDIVIDUAL | APPROXIMATE DATE |
| --- | --- | --- |
| 13 | Represented Individual 1 (J.C.M.) | March 7, 2025 |
| 14 | Represented Individual 2 (K.J.M.) | February 18, 2025 |
| 15 | Represented Individual 3 (R.P.R.) | February 5, 2025 |
| 16 | Represented Individual 4 (J.D.D.) | April 23, 2025 |
| 17 | Represented Individual 5 (D.L.R.) | January 15, 2025 |
| 18 | Represented Individual 6 (F.V.A.) | February 21, 2025 |
| 19 | Represented Individual 7 (A.Q.) | February 24, 2025 |
| 20 | Represented Individual 8 (C.O.P.) | June 25, 2025 |
| 21 | Represented Individual 9 (G.M.G.) | January 28, 2025 |
| 22 | Represented Individual 10 (L.S.A.) | May 21, 2025 |
| 23 | Represented Individual 11 (A.B.G.) | February 27, 2025 |
| 24 | Represented Individual 12 (A.R.T) | April 21, 2025 |

All in violation of Title 18, *United States Code*, Section 1519.

COUNTS TWENTY-FIVE THROUGH THIRTY-SIX
Aggravated Identity Theft
(18 U.S.C. § 1028A)

16. The General Allegations of this Indictment are realleged and incorporated herein.

17. On or about the dates specified below, on the Medical Certificates (CG-719K) of the represented individuals specified below, in the District of Puerto Rico, and within the jurisdiction of this Court,

CARLOS ESTEVES-SALINAS

the defendant herein, did knowingly use, without lawful authority, a fraudulent stamp bearing the name, medical license number, and clinical address of Dr. J.R.V., and the signature of Dr. J.R.V., means of identification of another person, during and in relation to a felony violation enumerated in Title 18, *United States Code* § 1028A(c), to wit: Title 18, *United States Code*, Section 1519, Destruction, Alteration, or Falsification of Records in a Federal Investigation knowing that the means of identification belonged to another actual person. With each utilization constituting a separate and distinct violation and count as detailed below.

| COUNT | REPRESENTED INDIVIDUAL | APPROXIMATE DATE |
|---|---|---|
| 25 | Represented Individual 1 (J.C.M.) | March 7, 2025 |
| 26 | Represented Individual 2 (K.J.M.) | February 18, 2025 |
| 27 | Represented Individual 3 (R.P.R.) | February 5, 2025 |
| 28 | Represented Individual 4 (J.D.D.) | April 23, 2025 |
| 29 | Represented Individual 5 (D.L.R.) | January 15, 2025 |

| COUNT | REPRESENTED INDIVIDUAL | APPROXIMATE DATE |
|---|---|---|
| 30 | Represented Individual 6 (F.V.A.) | February 21, 2025 |
| 31 | Represented Individual 7 (A.Q.) | February 24, 2025 |
| 32 | Represented Individual 8 (C.O.P.) | June 25, 2025 |
| 33 | Represented Individual 9 (G.M.G.) | January 28, 2025 |
| 34 | Represented Individual 10 (L.S.A.) | May 21, 2025 |
| 35 | Represented Individual 11 (A.B.G.) | February 27, 2025 |
| 36 | Represented Individual 12 (A.R.T) | April 21, 2025 |

All in violation of Title 18, *United States Code*, Section 1028A(a)(1).

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

TRUE BILL

FOREPERSON

Date: 3/30/2026

Myriam Y. Fernández-González
Assistant U.S. Attorney, Chief
Asset Recovery, Money Laundering &
Transnational Organized Crime Section
Dated: 3.30.2026

María L. Montañez-Concepción
Assistant U.S. Attorney, Deputy Chief
Asset Recovery, Money Laundering &
Transnational Organized Crime Section
Dated: 3.27.2026

Cody A. McKinney
Special Assistant U.S. Attorney
Dated: 3.27.2026

8 of 8